28284.  WEISS *v.* GARDNER.

FELTON, J.  This case is controlled by the ruling in *Boyd* v. *Gardner,* ante. It was not error to overrule the general demurrer to the declaration in attachment.

*Judgment affirmed.*  *Stephens, P. J., concurs.*  *Sutton, J., dissents.*

DECIDED MAY 13, 1940.  REHEARING DENIED JUNE 10, 1940.